(May 14, 1952.)

ROLAND R. JONES, Respondent, v. JAMES P. GIANFERANTE, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of EDWARD K. BARSKY, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— This court hereby certifies that a question of law is involved which ought to be reviewed by the Court of Appeals. Stay continued until the commencement of the next term of the Court of Appeals. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 1117.]

SIMON ULLMAN, an Infant, by SAUL J. ULLMAN, His Guardian ad Litem, Appellant, v. LAURA TUBBS et al., Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of ELLA HART, Respondent, against HERBERT GOLDBERG et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of JOSEPH MARKUMAS, Respondent, against NEW ROCHELLE COAL AND LUMBER COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—